Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Bonnie Tanner

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Bonnie Tanner<br><br>                    Plaintiff,<br><br>       v.<br><br>Experian Information Solutions, Inc., et. al.<br><br>                    Defendants. | Case No.: 8:24-cv-01222-DOC-ADS<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT TRANSUNION, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff Bonnie Tanner and defendant TransUnion, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  Plaintiff anticipates filing a dismissal of TransUnion, LLC within 35 days once the settlement is finalized.

Dated: August 14, 2024

                **Gale, Angelo, & Johnson, P.C.**
                /s/ *Joe Angelo*
                Joe Angelo
                Attorney for Plaintiff