Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
Bonnie Tanner

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Bonnie Tanner<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., et. al.<br><br>Defendants. | Case No.: 8:24-cv-01222-DOC-ADS<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Bonnie Tanner and defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian within 45 days once the settlement is finalized.

Dated: September 19, 2024

                                    **Gale, Angelo, & Johnson, P.C.**
                                    /s/ *Joe Angelo*
                                    Joe Angelo
                                    Attorney for Plaintiff