# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE TANNER<br><br>    Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; SELECT PORTFOLIO SERVICING, INC.; TOGETHER CREDIT UNION,<br><br>    Defendants. | Case No. 8:24-cv-01222-DOC-ADS<br><br>**ORDER ON STIPULATION TO PROCEED IN ARBITRATION AND STAY PROCEEDING PENDING COMPLETION OF ARBITRATION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Stipulation of the Parties, and upon a showing of good cause, IT IS HEREBY ORDERED THAT:

1. Plaintiff BONNIE TANNER ("Plaintiff") is ordered to arbitrate her claims in this action against Defendant TOGETHER CREDIT UNION ("Credit Union"). The arbitration shall be governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, et seq and the Credit Union's Membership Agreement ("Agreement").

2. This action shall be stayed pending the completion of the arbitration proceedings;

3. The Parties shall provide Joint Status Reports regarding the status of arbitration, with the first report due in ninety (90) days and subsequent reports ninety (90) days thereafter.

4. The Parties do not waive and expressly reserve all claims, defenses, and challenges with respect to any claims that have been or may be asserted in this

action, including any claims that have been or may be asserted by Plaintiff's operative Complaint.

5. It is further ordered:

DATED: September 24, 2024

*David O. Carter*

Honorable David O. Carter
United States District Judge